NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 931

IN RE SACRAMENTO MUNICIPAL UTILITY DISTRICT,

Petitioner.

On Petition for Writ of Mandamus to the United States Court of Federal Claims in case no. 98-CV-488, Judge Susan G. Braden.

ON PETITION FOR WRIT OF MANDAMUS

ORDER

Sacramento Municipal Utility District submits a petition for a writ of mandamus to direct the United States Court of Federal Claims to enter final judgment.

Upon consideration thereof,

IT IS ORDERED THAT:

The United States is directed to respond no later than March 30, 2010.

FOR THE COURT

MAR 16 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Howard N. Cayne, Esq.
Scott Randy Damelin, Esq.
Clerk, United States Court of Federal Claims

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 16 2010

JAN HORBALY
CLERK